**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MERLO AMERICA LLC,**<br>***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **MO:26-CV-00030-DC** |
| | § | |
| **ALPHA & OMEGA CS&C, INC.,**<br>***Defendant.*** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff MERLO America LLC's Motion for Default Judgment Against Defendant Alpha & Omega CS&C, Inc.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No objections having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the Report and Recommendation[4] of the United States Magistrate Judge *in toto*. Accordingly, it is **ORDERED** that Plaintiff MERLO America LLC's Motion for Default Judgment Against Defendant Alpha & Omega CS&C,

---

[1] Doc. 22.
[2] Doc. 16.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[4] Doc. 22.

Inc.[5] is hereby **GRANTED**.

A separate Final Judgment will follow.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[5] Doc. 16.